# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| SYREETA HAMP, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:21-cv-00040-GHD-RP |
| C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC. | § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day the Court considered the parties' Joint Stipulation of Dismissal With Prejudice [22]. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that said Stipulation is **GRANTED** and this case is CLOSED and all claims asserted herein are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

SO ORDERED, this 15th day of July, 2021.

_____
SENIOR U.S. DISTRICT JUDGE